IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ACTIVE MARKETING GROUP, INC.                                              PLAINTIFF

V.                         CASE NO. 5:16-CV-5079

EB BRANDS HOLDINGS, INC., d/b/a
EB Sport Group, EB Brands, E&B HK
Limited, EB Giftware, Sports and
Leisure Tech, and Sportline                                               DEFENDANT

## JUDGMENT

Pursuant to the Court's Opinion and Order entered this day, the Court hereby finds and directs that Plaintiff Active Marketing Group, Inc. ("Active") is entitled to a judgment of damages against Defendant EB Brands Holdings, Inc. ("EB").

**IT IS THEREFORE ORDERED** that judgment is hereby rendered and awarded to Active against EB in the amount of $982,941.42, of which $36,582.42 is a sanction that is jointly recoverable from EB and David J. Edwards.

**IT IS FURTHER ORDERED** that EB's counterclaims against Active are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 30th day of August, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE